IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MATTHEW J. LUPER                                                                                     PLAINTIFF

       v.                              Civil No. 08-2092

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                    DEFENDANT

# **O R D E R**

For reasons stated in a memorandum opinion of this date, we hereby remand this case to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED AND ADJUDGED this <u>6th</u> day of November 2009.

                                                  /s/ *J. Marschewski*
                                                 HON. JAMES R. MARSCHEWSKI'
                                                 UNITED STATES MAGISTRATE JUDGE